CCC:MKC
F. #2020R01117

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 14 2021 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LONG ISLAND OFFICE

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

LORENZO ARANA,
      also known as "Lorenzo Blake"

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. **C R  21  019**

(T. 18, U.S.C., §§ 1467, 1470,
  2252(a)(2), 2252(a)(4)(B), 2252(b)(1),
  2252(b)(2), 2253(a), 2253(b),
  2261(b)(5), 2261A(2)(B) and 3551 et
  seq.; T. 21, U.S.C., § 853(p))

**BROWN, J.**

**LINDSAY, M.J.**

THE GRAND JURY CHARGES:

COUNT ONE
(Distribution of Child Pornography)

1.      On or about September 23, 2020, within the Eastern District of New York and elsewhere, the defendant LORENZO ARANA, also known as "Lorenzo Blake," did knowingly and intentionally distribute a visual depiction, to wit: the digital images depicted in the following computer file: IMG_4101.MOV, using a means and facility of interstate and foreign commerce, and which visual depictions had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of

one or more minors engaging in sexually explicit conduct, and such visual depictions having

been of such conduct.

        (Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1) and

3551 et seq.)

COUNT TWO
(Possession of Child Pornography)

        2.     On or about October 20, 2020, within the Eastern District of New York

and elsewhere, the defendant LORENZO ARANA, also known as "Lorenzo Blake," did

knowingly and intentionally possess matter containing one or more visual depictions, to wit:

images and video files stored in a smartphone, to wit: an Apple iPhone Model XR with serial

number GQRCF021KXKP, that had been mailed, and had been shipped and transported

using one or more means and facilities of interstate and foreign commerce and in and

affecting interstate and foreign commerce, and which were produced using materials which

had been mailed and so shipped and transported, by any means, including by computer, the

production of such visual depictions having involved the use of one or more minors engaging

in sexually explicit conduct, and such visual depictions having been of such conduct.

        (Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2) and

3551 et seq.)

COUNT THREE
(Transferring Obscene Materials to a Minor)

        3.     On or about September 23, 2020, within the Eastern District of New

York and elsewhere, the defendant LORENZO ARANA, also known as "Lorenzo Blake,"

using a facility and means of interstate commerce, to wit: the internet and the social media

network Instagram, an internet service provider, did knowingly and intentionally transfer

obscene matter to another individual who had not attained the age of 16 years, to wit: Jane

Doe # 1, an individual whose identity is known to the Grand Jury, knowing that such

individual had not attained the age of 16 years.

(Title 18, United States Code, Sections 1470 and 3551 et seq.)

## COUNT FOUR
### (Cyberstalking)

4.     On or about September 23, 2020, within the Eastern District of New

York and elsewhere, the defendant LORENZO ARANA, also known as "Lorenzo Blake,"

did knowingly and intentionally use (i) an interactive computer service, electronic

communication service and electronic communication system of interstate commerce and (ii)

a facility of interstate commerce to engage in a course of conduct that caused, attempted to

cause and would be reasonably expected to cause substantial emotional distress to Jane Doe

#2, an individual whose identity is known to the Grand Jury, with the intent to injure, harass

and intimidate Jane Doe #2.

(Title 18, United States Code, Sections 2261A(2)(B), 2261(b)(5) and 3551 et

seq.)

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNTS ONE AND TWO

5.     The United States hereby gives notice to the defendant that, upon his

conviction of either of the offenses charged in Counts One and Two, the government will

seek forfeiture in accordance with Title 18, United States Code, Section 2253(a), which

requires the forfeiture of (a) any visual depiction described in Section 2251, 2251A, 2252,

2252A, 2252B or 2260 of Title 18 of the United States Code, or any book, magazine,

periodical, film, videotape or other matter which contains any such visual depiction, which

was produced, transported, mailed, shipped or received in violation of such sections; (b) any

property, real or personal, constituting, or traceable to, gross profits or other proceeds

obtained from such offenses; and (c) any property, real or personal, used or intended to be

used to commit or to promote the commission of such offenses or any property traceable to

such property, including but not limited to: one Apple iPhone Model XR with serial number

GQRCF021KXKP, seized from the defendant's residence in Island Park, New York on or

about November 12, 2020.

6.      If any of the above-described forfeitable property, as a result of any act

or omission of the defendant:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be

divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any

other property of the defendant up to the value of the forfeitable property described in this

forfeiture allegation.

(Title 18, United States Code, Sections 2253(a) and 2253(b); Title 21, United

States Code, Section 853(p))

## CRIMINAL FORFEITURE ALLEGATION
### AS TO COUNT THREE

7.     The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in Count Three, the government will seek forfeiture in accordance with Title 18, United States Code, Sections 1467 and 2253(a), which requires the forfeiture of (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B or 2260 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) any property, real or personal, constituting, or traceable to, gross profits or other proceeds obtained from such offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to: one Apple iPhone Model XR with serial number GQRCF021KXKP, seized from the defendant's residence in Island Park, New York on or about November 12, 2020.

8.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> (a)     cannot be located upon the exercise of due diligence;

> (b)     has been transferred or sold to, or deposited with, a third party;

> (c)     has been placed beyond the jurisdiction of the court;

> (d)     has been substantially diminished in value; or

> (e)     has been commingled with other property which cannot be

divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any

other property of the defendant up to the value of the forfeitable property described in this

forfeiture allegation.

(Title 18, United States Code, Sections 1467 and 2253(a))

A TRUE BILL

_____
FOREPERSON

_____
SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2020R01117
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

## EASTERN *District of* NEW YORK

### CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

LORENZO ARANA,
also known as "Lorenzo Blake"

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 2251(a), 2251(e), 2252(a)(2), 2252(b)(1),
2252(a)(4)(B), 2252(b)(2), 2253(a), 2253(b) and 3551 et seq.; T. 21,
U.S.C., § 853(p))

*A true bill.*

_____
*Foreperson*

*Filed in open court this _____ day,*

*of _____ A.D. 20 _____*

_____
*Clerk*

*Bail, $ _____*

*Monica K. Castro, Assistant U.S. Attorney (631) 715-7894*