# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 14 2021 ★

LONG ISLAND OFFICE

CR 21 019

BROWN, J.

LINDSAY, M.J.

1. Title of Case: United States v. Lorenzo Arana a/k/a Lorenzo Blake

2. Related Magistrate Docket Number(s): N/A

3. Arrest Date: N/A

4. Nature of offense(s):   ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): None

6. Projected Length of Trial:   Less than 6 weeks   ☒
   More than 6 weeks   ☐

7. County in which crime was allegedly committed: Nassau/Suffolk
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐Yes ☒ No

9. Has this indictment/information been ordered sealed?   ☒ Yes ☐ No

10. Have arrest warrants been ordered?   ☒ Yes ☐ No

11. Is there a capital count included in the indictment?   ☐ Yes ☒ No

SETH D. DuCHARME
Acting United States Attorney

By:   /s/ Monica K. Castro
Monica K. Castro
Assistant U.S. Attorney
(631) 715-7894

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12