AO 442 (Rev. 11/11) Arrest Warrant                                                           ☆FILED☆

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

2021 JAN 16 PM 12: 41

CLERK
U.S. DISTRICT COURT
E.D.N.Y.

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| LORENZO ARANA, also known as "Lorenzo Blake" | ) ) ) ) ) | CR 21 019 BROWN, J. |
| *Defendant* | | LINDSAY, M.J. |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    LORENZO ARANA, also known as "Lorenzo Blake"                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography in violation of Title 18, United States Code, Section 2252(a)(2)
Possession of Child Pornography in violation of Title 18, United States Code, Section 2252(a)(4)(B)
Transferring Obscene Materials to a Minor in violation of Title 18, United States Code, Section 1470
Cyberstalking in violation of Title 18, United States Code, Section 2261A(2)(B)

Date: 01/14/2021                                                          _____
                                                                           *Issuing officer's signature*

City and state:   Central Islip, New York                The Honorable Anne Y. Shields, U.S.M.J.
                                                                           *Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/14/2021 , and the person was arrested on *(date)* 01/16/2021
at *(city and state)*   Brooklyn, NY                    .

Date: 01/16/2021                                                          _____
                                                                           *Arresting officer's signature*

                                                                           Sean Garry, Special Agent
                                                                           *Printed name and title*