

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AXB
F. #2020R01117

*610 Federal Plaza*
*Central Islip, New York 11722*

April 28, 2021

By Hand Delivery and ECF

Evan Sugar, Esq.
Randi Chavis, Esq.
Federal Defenders of New York, Inc.
770 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Lorenzo Arana
               Criminal Docket No. 21-19 (GRB)

Dear Mr. Sugar and Ms. Chavis:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby provides additional discovery with respect to the above-referenced matter. Enclosed is a disk containing documents Bates-stamped LA_006450 through LA_006518 and VDM_007045 through VDM_007057. Also enclosed is an index of the discovery, which is not being filed electronically. The enclosed disk has been encrypted and password protected. The password has been provided to counsel by email. The government renews its request for reciprocal discovery from the defendant.

      Very truly yours,

      MARK J. LESKO
      Acting United States Attorney

By:   /s/ Anthony Bagnuola
      Anthony Bagnuola
      Assistant U.S. Attorney
      (631) 715-7849

Enclosures

cc:    Clerk of the Court (GRB) (by ECF) (without enclosures)