

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AXB
F. #2020R01117

*610 Federal Plaza*
*Central Islip, New York 11722*

June 15, 2021

<u>By Hand Delivery and ECF</u>

Evan Sugar, Esq.
LaKeytria Felder, Esq.
Federal Defenders of New York, Inc.
770 Federal Plaza
Central Islip, New York 11722

        Re:    <u>United States v. Lorenzo Arana</u>
                 <u>Criminal Docket No. 21-19 (GRB)</u>

Dear Mr. Sugar and Ms. Felder:

        In accordance with Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find two (2) disks containing supplemental discovery in the above-referenced matter. Also enclosed is an index of the discovery, which is not being filed electronically.[1] The password to access the disk has been provided to you via email. This disclosure supplements the government's earlier disclosures dated April 16, 2021 and April 28, 2021. The government renews its request for reciprocal discovery from the defendant.

                                           Very truly yours,

                                           MARK J. LESKO
                                           Acting United States Attorney

By:   /s/
       Anthony Bagnuola
       Assistant U.S. Attorney
       (631) 715-7849

Enclosures

cc:    Clerk of the Court (GRB) (by ECF) (without enclosures)

---

[1] For ease of reference, the enclosed materials are being provided in their native format. As such, Bates numbers have not been applied.