# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ                                       **DATE:** 11/21/2022      30 min

**DOCKET No.** CR- 21-19

**DEFENDANT:**     LORENZO ARANA     **DEF. #**
Present in custody


**DEFENSE COUNSEL:** EVAN SUGAR
Federal Defenders


**A.U.S.A.**:     ANTHONY BAGNUOLA
INTERPRETER:  [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL:  _Choose an item.
COURT REPORTER/FTR LOG:  LISA SCHMID                              DEPUTY: KM

- ☐ Allocution
- ☐ Arraignment
- ☒ Change of Plea Hearing (*~Util-Plea Entered*)      ☐ Initial Appearance
- ☐ Telephone Conference                               ☐ Detention hearing
- ☐ Bond hearing
- ☐ Motion Hearing Non Evidentiary                     ☐ Plea Agreement Hearing
- ☐ Other Evidentiary Hearing Contested    TYPE OF HEARING_____

**Do these minutes contain ruling(s) on motion(s)?**      ☐ YES      ☒ NO

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☒ Defendant is informed of his/her rights.
- ☐ Choose an item..
    - ☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.

- ☒ Defendant waives public reading.

- ☒ Defendant is sworn to his statements.

- ☒ Defendant is questioned as to whether s/he has read and understands the charging instrument and the plea agreement. Defendant has.

- ☐ Defendant waives indictment, a waiver is executed.

☒ Defendant withdraws previous plea of not guilty and enters a plea of guilty to count  ONE  of the Indictment.

☒ The defendant explains the offense committed, the Government offers the proof they would present to the Court during trial.

☒ The Court finds a factual basis for the plea and accepts it.

☒ Probation notified.
☐ Sentence held in abeyance.
☒ Sentencing date set for 4/14/2023     at 10:00 a.m.
☐ Government moves for  Choose an item., argument heard.
☐ Choose an item.:
    ☐ Ruling:
      ☐ Order setting conditions of bond executed.
      ☐ Detention Order executed.
        ☐ Permanent.
        ☐ Temporary: Hearing set for Click or tap to enter a date.
☐ Defendant Choose an item.
☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☐ OTHER:
☒ Defendant continued:  ☒  in custody        ☐    on bond