# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Brenna B. Mahoney**
Clerk of Court

**August Marziliano**
Chief Deputy, Brooklyn

**Michael Kramer**
Chief Deputy, Central Islip

Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631)712-6000
Pro Se: (631)712-6060

FILED
CLERK
4:57 pm, Nov 28, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

Date: 11/28/22
Re: 21CR19(GRB)-1

Dear *pro se* litigant:

The enclosed ___letter___ is being returned without docketing or consideration for the following reason(s):

( )   The docket number and/or judges' initials are incorrect or missing.

( )   Your signature is required on all papers filed with the Court.

( )   These papers appear to be intended for another court or agency.

( )   Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel. An affirmation of service form is enclosed.

( )   Your papers do not meet the minimum requirements for:
      ( )   Legibility: please type or print clearly.
      ( )   Language: only English is acceptable.
      ( )   Form or Content: See forms/instructions enclosed.
      ( )   Please indicate the documents you served on your affirmation of service.
      ( )   Other:

( )   This Court will only accept papers on 8 ½ by 11" paper. Note that this does not include exhibits. Documents submitted for filing should be **unbound originals**.

( )   Documents submitted for filing should not include (social security number, birthdate, names of minor children, financial account number etc.)

( )   Pursuant to Local Civil Rule 5.1, discovery materials are not filed with the Court except by Order of the Court.

( )   Your Notice of Appeal has been processed, and your case is closed. Your papers should be directed to: United States Court of Appeals for the Second Circuit Thurgood Marshall U. S. Courthouse, 40 Foley Square, New York, NY 10007

(✓)   Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

( )   The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please request the appropriate form(s) from our website or from our office.

(✓)   Other: This filing is being forwarded to attorney of record, Evan Sugar.

By: J. Grady, Deputy Clerk

21CR19GRB-1
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 10 2022 ★
LONG ISLAND OFFICE
SCANNED

next page →

11/3/22

Your Honor, I am writing to you in hopes that you can help me please. My name is Lorenzo Arana my lawyer is "Evan Sugar" I am 21 years old, got locked up at age 19. Been in MDC Brooklyn approxiamatly 2 years. Its been really rough for me in here, ive been assaulted, robbed, extorted, threatened, harassed evaything. I am currently writing to you in SHU. Ive been in SHU for a month and a half. I cant live or go anywhere in the building so they keep me in SHU confined to my cell 24 hours a day.

I lost so much weight im only 129 pounds, they arent feeding me. I only get 2 phone calls per month. So my family especially my mommy is very worried about me, Ive also been to suicide watch twice in 1 month. I cant live like this...

This is pure torture and cruel to any detainee.

I have mental issues I am diagnosed also with ASD, known as "Autism Spectrum Disorder". My mother is very worried sick, I miss talking to my Mother. I am being locked in a cell for months, starving, losing so much weight, not being able to speak to my only support my parents, 24 hours a day, this is horrible I cry myself to sleep every night. I miss home.

Please help me Your Honor, please transfer me to Nassau County Jail or Essex County. I need to be able to ~~any call, visit,~~ not be confined to a cell all day. I was in Mental Health Unit in Nassau County before. I hope you can get Marshalls to transfer me, please and thank you,

11/3/22

Your Honor, please help me, ive been trying to speak to you to tell you whats going on with me. I cant wait months for court, Every 3 months I get ready for court for them to not even speak to me and adjourn it to another couple months.

I am trapped in SHU, 24 hours a day locked in your cell. 2 calls per month, no visits, no books, they be not feeding me sometimes. I miss my mom, I cry so much knowing shes worried sick about her child. Im a good person I dont deserve this cruel punishment and wouldnt want anyone else to go through this.

I am 129 pounds, very unhealthy, no mental help, no communication to my family. Ive been to suicide watch twice in october recently. I think im losing my mind.

All I want is to transfer to County Jail. Nassau County, or Essex County. Please your Honor, help me.

I can be happy, get visits, call my family, but commissary, I hate myself. But do not get denied my 3 meals. and not be locked in a cell all day, closer to home.

I am writing letters to the court, my family, lawyer, I feel like i'm gonna die in here. please schedule a in-person court ASAP like earliest most coolest so I can tell you more. In short everyone is ignoring my cries for help. I'm a detainee not convicted, 8th amendment rights are being infringed. I need help please talk to the Marshalls or my lawyer please. thank you have a great day.

Please help me Judge Brown I can't live in a cell 24 hours without your rights as a detainee, pre-trial.

11/3/22

Your Honor, I hope you receive my letters. I thank you for your time on reading them. I pray that I can be free from these cruel inhumane practices at MDC Brooklyn Jail.

I also pray that I can speak to my family especially my mom after a while locked in SHU. That's the only thing keeping me going, is a mothers love.

Me looking at a wall 24 hours a day for months is really making me feel depressed. No contact except 2 calls and letters a months.

Please transfer or talk to marshalls for my health, and safety, I cannot go to any unit in Brooklyn.

Please help, Lorenzo Arana.

Lorenzo [illegible]
#25924-509
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY, 11232

NEW YORK NY  100
8 NOV 2022   PM 11 L

"Honorable Judge Brown"
US Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

11722-443800